IN THE SUPREME COURT OF NORTH CAROLINA

No. 28A17

Filed 3 November 2017

STATE OF NORTH CAROLINA

v.

JENNIFER MARIE WILSON

Appeal pursuant to N.C.G.S. § 7A-30(2) from the unpublished decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 794 S.E.2d 921 (2016), finding no error after appeal from a judgment entered on 2 December 2015 by Judge Benjamin G. Alford in Superior Court, Lenoir County. Heard in the Supreme Court on 11 October 2017.

*Joshua H. Stein, Attorney General, by Brenda Menard, Special Deputy Attorney General, for the State.*

*Russell J. Hollers, III and Adam Elkins for defendant-appellant.*

PER CURIAM.

AFFIRMED.